**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE: WASHINGTON MUTUAL, INC., et al.

---

| | |
|---|---|
| Alice Griffin, | ) |
| | ) |
| Petitioner, | ) Civil Action No. 19-2072-UNA |
| v. | ) |
| | ) Bankruptcy Case No. 08-12229 (MFW) |
| WMI Liquidating Trust, | ) |
| | ) |
| Respondent. | ) |

## **NOTICE**

A Motion for Withdrawal (Limited) of Reference to the Bankruptcy Court was docketed in the U.S. District Court on **10/31/19**.  **Upon assignment of this case, counsel shall submit to the Clerk's Office of the U.S. District Court courtesy copies of the Motion to Withdraw and any related briefing**.

When filing papers, please include the case caption, civil action number, and the initials of the Judge assigned.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                                                        John A. Cerino
                                                                         Clerk of Court

Date:  October 31, 2019
cc:     U.S. Bankruptcy Court
        Counsel